UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE NEWSOME,<br><br>        Plaintiff,<br><br>   v.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>        Defendant. | Case No. 21-cv-01000-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 45 |

Plaintiffs have filed a notice of settlement. ECF No. 45. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 20, 2022

                                               JON S. TIGAR
                                   United States District Judge